UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MONMOUTH INVESTORS, LLC, | : | CIVIL ACTION NO. 09-2129 (MLC) |
| Plaintiff, | : | **ORDER & JUDGMENT** |
| v. | : |  |
| PETER J. SAKER, JR., et al., | : |  |
| Defendants. | : |  |

For the reasons stated in the Court's Memorandum Opinion, dated June 10, 2009, **IT IS** on this    10th    day of June, 2009, **ADJUDGED** that the **COMPLAINT IS DISMISSED** without prejudice to the plaintiff — within thirty days of entry of this Order and Judgment — to either (1) recommence the action in state court, or (2) move in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules to reopen the action; and

　　**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED**.

　　　　　　　　　　　　　　　s/ Mary L. Cooper
　　　　　　　　　　　　　　**MARY L. COOPER**
　　　　　　　　　　　　　　United States District Judge